UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDE JOSEPH FALCON | CIVIL ACTION |
| VERSUS | NO. 26-12 |
| EMCOR GROUP, INC. | SECTION "R" (1) |

## ORDER AND REASONS

Plaintiff Claude Falcon moves for leave to file a second amended complaint.[1] Under Federal Rule of Civil Procedure 15(a)(2), the court grants leave to amend "when justice so requires." Here, plaintiff has acted in good faith and quickly; the original complaint was filed fewer than twenty-one days ago. The amendment will not cause any prejudice to defendant.

For the foregoing reasons, the Court GRANTS Falcon's motion for leave to file. The Court orders the proposed amended complaint entered into the record as plaintiff's second amended complaint.

New Orleans, Louisiana, this 14th day of January, 2026.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 10.